ACCEPTED
15-25-00032-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 12:57 AM
CHRISTOPHER A. PRINE
CLERK

NO. _____

IN THE FIFTEENTH DISTRICT COURT OF APPEALS FOR THE STATE OF TEXAS AT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 12:57:06 AM
CHRISTOPHER A. PRINE
Clerk

**Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3
Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6,
Nonparty Patient No. 7, Nonparty Patient No. 8, Nonparty Patient No. 9,
Nonparty Patient No. 10, and Nonparty Patient No. 11,**
*Relators*

On Petition for Writ of Mandamus
From the 493rd District Court at Collin County, Texas,
Cause No. 4 93-08026-2024
The Honorable Judge Christine A. Nowak, Presiding

## NONPARTY PATIENTS' EMERGENCY MOTION TO STAY PENDING PETITION FOR WRIT OF MANDAMUS

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
oawogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

On March 20, the Collin County court ordered production of Relators' private medical records, to which they claim privilege under Texas Rules of Evidence 509 and 510. That production is ordered to begin **this morning**, on March 21, 2025.

An appellate court, pursuant to Rule 52.10(b) of the Texas Rules of Appellate Procedure, may grant "any just relief" pending the disposition of an original petition without notice. Tex. R. App. P. 52.10(b). Just relief may include staying the enforcement of an order for purposes of protecting the jurisdiction of the appellate court by maintaining the status quo of the underlying proceeding while the court considers the merits of the original proceeding. *See In re Johnston*, No. 07-22-00177-CV, 2022 WL 2376294 (Tex. App.—Amarillo 2022, orig. proceeding); *see also* In re *Kelleher*, 999 S.W.2d 51, 52 (Tex. App.—Amarillo 1999, orig. proceeding) (Rule 52.10 exists to afford court opportunity to address dispute encompassed within petition for mandamus by maintaining status quo until it can address that dispute); *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding) (holding under predecessor to Rule 52.10 that appellate court's temporary order "is not a writ of prohibition against holding the trial; it is a stay order issued ancillary to the mandamus proceeding and for the purpose of protecting our jurisdiction so that we could consider the merits of that mandamus action.").

Because there exists less than 12 hours before production is to begin, Relators respectfully request that this Court enter an administrative stay so that it may fully consider the merits of Relators' contemporaneously filed petition.

March 21, 2025

Respectfully Submitted,

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500


William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
oawogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600


**ATTORNEYS FOR RELATORS**

**CERTIFICATION OF COMPLIANCE WITH TRAP 52.9(a)**

I hereby certify compliance with Tex. R. App. P. 52.9(a). Both Respondent and Real Party in Interest The State of Texas were notified of this Emergency Motion for to Stay in person and in open court on March 20, 2025.

*/s/ William M. Logan*

William M. Logan

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served upon all interested parties pursuant to TRAP 9.5(b)(2).